REBECCA CANTOR, an Infant, by SADIE CANTOR, Her Guardian ad Litem, Respondent, *v.* OTTO M. RADIN, Appellant, Impleaded with Others.

Argued October 6, 1941; decided October 23, 1941.

*Paul Arnold* for motion.

*Archibald Palmer* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.